IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 14-01777 MCF

MARUZZELLA MARCANO DIAZ

Chapter 13

XXX-XX-6793

**FILED & ENTERED ON 7/28/2014**

Debtor(s)

NOTICE RESCHEDULING HEARING ON CONFIRMATION

The hearing on confirmation scheduled for 8/7/2014 at 9:00am will now be held on 10/02/2014 at 1:30pm at the United States Bankruptcy Court, Jose V. Toledo Federal Building and US Courthouse, 300 Recinto Sur Street, Courtroom 3, Third Floor, Old San Juan, Puerto Rico.

Deadline to Object to Confirmation of the Plan: Objections must be filed not later than fourteen (14) days prior the hearing on confirmation as per P.R. Local Rule 3015-2(f).

San Juan, Puerto Rico, this 28 day of July, 2014.

MARIA DE LOS ANGELES GONZALEZ, ESQ.
CLERK OF THE COURT

BY: CARMEN B. FIGUEROA
DEPUTY CLERK

CC: ALL CREDITORS