IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

MARUZZELLA MARCANO DIAZ

DEBTOR(S)

CASE NO. 14-01777-MCF

CHAPTER 13

**AMENDED DOCUMENT**

## TRUSTEE'S REPORT ON CONFIRMATION

1. A meeting of creditors pursuant to Section 341 was held on **April 09, 2014**. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation value of the estate is: 0.00

3. With respect to the attached payment plan:

AMENDED PLAN DATE: February 04, 2015          PLAN BASE: $32,460.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 3/25/2015

[ ] FAVORABLE          [X] UNFAVORABLE

1. [X] FEASIBILITY 11 USC § 1325(a)(6):

(a) Pending for adjudication a Motion requesting entry of order lifting of the automatic stay filed by Equity Mortgage, debtor's Response and Sur-Reply by creditor, dkts. 47, 48 & 55. (b) Motion to dismiss filed by Consejo Residentes Lirios Cala on 2-10-15, dkt. 64. Creditors alleges that debtor has failed to make post-petition payments in the amount of $416. (c) Debtor has 2 months in arrears with the trustee; equivalent to $980.

[X] OTHER:

Plan proposes special treatment to co-debtor's POC #1, however, does not specify if will pay 100% or pay ahead.

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty Fee:$3,000.00 /$136.00/$2,864.00

Atty: ROBERTO FIGUEROA

/s/ Pedro R Medina
Pedro R Medina

USDC #226614
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC - DR