IN THE UNITED STATES BANKRUPTCY COURT OF
THE DISTRICT OF PUERTO RICO

| IN THE MATTER OF: | CASE NO.  14-01777 MCF |
|---|---|
| MARUZELLA MARCANO DIAZ | CHAPTER 13 |

**REPLY TO DEBTOR'S MOTION REQUESTING ORDER DISMISSING CASE
BE SET ASIDE/RECONSIDERATION**

TO THE HONORABLE COURT:

Now comes, **Consejo de Residentes Urb. Lirios Cala, Inc.**, Creditor, through their legal representation who respectfully prays as follows:

**FIRST:** On April 6, 2015, the Court issued an Order Dismissing Case (Docket #71) whereby the above captioned case was dismissed, based on motion to dismiss filed by Creditor.(Docket #64)

**SECOND:** On April 20, 2015, Debtor filed motion requesting that the aforementioned order be set aside alleging she has cured the arrears included in the above mentioned creditor's motion and requests this Honorable Court to re-open the present case. (Docket #76)

**THIRD:** On April 30, 2015, creditor received by mail a check from debtor payable to the order of ERS Housing in the amount of $416.00 to cover the post petition arrears in this case as of February 2015.

**FOURTH:** As of to date debtor has not cover the legal cost of $150.00 awarded to creditor by this Honorable Court on April 6, 2015.

WHEREFORE, Creditor respectfully requests that this motion BE GRANTED and therefore the Order Dismissing the present case dated April 6, 2015 (Docket #71) don't be set aside, with such further relief as is deemed appropriate under this circumstances.

RESPECTFULLY SUBMITTED.

**I HEREBY CERTIFY** that the instant motion was filed using the CM/ECF system which will in turn will notify all parties appearing in the case at bar.

In San Juan, Puerto Rico, May 5, 2015.


**/S/Agustín Mangual Amador, Esq.**
USDC-PR#210707
623 Ponce de León Ave.
Suite 904-B
San Juan, Puerto Rico  00917
Tel. (787)753-1316, Fax (787)753-0367